Sabinus A. Megwa (SBA #011266)
**THE MEGWA LAW OFFICE**
6811 South Central Avenue
Phoenix, Arizona 85042
Tel: (602) 243-6151
Email: megwalaw@qwestoffice.net
*Attorney for Plaintiff Elvira Fernandez and the Estate of Daniel Frank Rodriguez*

Michael C. Manning (#016255)
Larry J. Wulkan (#021404)
Jennifer L. Allen (#027941)
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: mmanning@stinson.com
Email: lwulkan@stinson.com
*Attorneys for Plaintiff Frank Rodriquez and the Estate of Daniel Frank Rodriguez*

James J. Belanger (011393)
John C. Kelly (012770)
**COPPERSMITH SCHERMER & BROCKELMAN PLC**
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 381-5485
jbelanger@csblaw.com
jkelly@csblaw.com
*Attorneys for Defendant Richard Allen Chrisman*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Elvira Fernandez, surviving mother of Daniel Frank Rodriguez, individually and on behalf of all statutory beneficiaries of Daniel Frank Rodriguez, and as Co-Personal Representative of the Estate of Daniel Frank Rodriguez; Frank Rodriquez, as Co-Personal Representative of the Estate of Daniel Frank Rodriguez,<br><br>                    Plaintiffs,<br><br>v.<br><br>City of Phoenix, a public entity; Richard Chrisman, individually and in his official capacity a City of Phoenix Police Officer,<br><br>                    Defendants. | NO. 2:11-CV-02001-FJM<br><br>**NOTICE OF VOLUNTARY RESOLUTION PURSUANT TO L.R.CIV 40.2(d)** |

Pursuant to L.R. Civ. 40.2(d), Plaintiffs and Defendant Chrisman, jointly, hereby give notice that they have reached a resolution of the above-captioned matter and request that all deadlines and the trial date be vacated. The parties intend to file a Stipulation with the Court shortly, asking the Court to enter a judgment under seal, consistent with the parties' agreement.

RESPECTFULLY SUBMITTED this 28th day of March, 2013.

**THE MEGWA LAW OFFICE**

By: s/ Sabinus A. Megwa, with Permission
Sabinus A. Megwa
6811 South Central Ave.
Phoenix, Arizona 85042
*Attorney for Plaintiff Elvira Fernandez and the Estate of Daniel Frank Rodriguez*

**STINSON MORRISON HECKER LLP**

By: s/ Larry J. Wulkan
Michael C. Manning
Larry J. Wulkan
Jennifer L. Allen
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
*Attorneys for Plaintiff Frank Rodriquez and the Estate of Daniel Frank Rodriguez*

**COPPERSMITH SCHERMER & BROCKELMAN, PLC**

By: s/ James J. Belanger
James M. Belanger
John C. Kelly
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
*Attorneys for Defendant Richard Allen Chrisman*

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2013, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

    Kathleen Wieneke
    Christina Retts
    Nicholas D. Acedo
    STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226
    Attorneys for Defendant City of Phoenix

    James J. Belanger
    COPPERSMITH SCHERMER & BROCKELMAN PLC
    2800 N. Central Avenue, Suite 1200
    Phoenix, Arizona 85004
    Attorney for Defendant Richard Chrisman

                                                s/ Kathleen Kaupke