| | |
|---|---|
| 1 | Sabinus A. Megwa (SBA #011266) |
| 2 | **THE MEGWA LAW OFFICE**<br>6811 South Central Avenue<br>Phoenix, Arizona 85042 |
| 3 | Tel: (602) 243-6151<br>Email:  megwalaw@qwestoffice.net |
| 4 | Attorney for Plaintiff Elvira Fernandez and the<br>Estate of Daniel Frank Rodriguez |
| 5 | |
| 6 | Michael C. Manning (#016255)<br>Larry J. Wulkan (#021404) |
| 7 | **STINSON MORRISON HECKER LLP**<br>1850 North Central Avenue, Suite 2100<br>Phoenix, Arizona 85004-4584 |
| 8 | Tel: (602) 279-1600<br>Fax: (602) 240-6925 |
| 9 | Email:  mmanning@stinson.com<br>Email:  lwulkan@stinson.com |
| 10 | Attorneys for Plaintiff Frank Rodriquez and the<br>Estate of Daniel Frank Rodriguez |
| 11 | |
| 12 | James J. Belanger (011393)<br>John C. Kelly (012770) |
| 13 | **COPPERSMITH SCHERMER & BROCKELMAN PLC**<br>2800 North Central Avenue, Suite 1200 |
| 14 | Phoenix, Arizona  85004<br>Telephone:  (602) 381-5485 |
| 15 | jbelanger@csblaw.com<br>jkelly@csblaw.com |
| 16 | *Attorneys for Defendant Richard A. Chrisman* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Elvira Fernandez, surviving mother of Daniel Frank Rodriguez, individually and on behalf of all statutory beneficiaries of Daniel Frank Rodriguez, and as Co-Personal Representative of the Estate of Daniel Frank Rodriguez; Frank Rodriquez, as Co-Personal Representative of the Estate of Daniel Frank Rodriguez<br><br>Plaintiffs,<br><br>v.<br><br>City of Phoenix, a public entity; Richard Chrisman, individually and in his official capacity as a City of Phoenix Police Officer,<br><br>Defendants. | NO. 2:11-CV-02001-FJM<br><br>**STIPULATION FOR ENTRY OF JUDGMENT UNDER SEAL** |

Plaintiffs Elvira Fernandez and Frank Rodriquez, individually and as Co-Personal Representatives of the Estate of Daniel Frank Rodriguez, and Defendant Richard A. Chrisman, hereby stipulate and agree:

1. That judgment be entered in Plaintiffs' favor and against Defendant in the [proposed] form lodged herewith;

2. That the judgment be entered under seal, so as not to compromise Defendant's right to a fair trial or Defendant's right to seat an impartial and unbiased jury in the criminal proceedings currently pending against him in the Superior Court of the State of Arizona, Maricopa County, *State v. Chrisman*, CR2010-153913-001; and

3. That all further proceedings and the trial in this matter may be vacated.

RESPECTFULLY SUBMITTED this 29th day of March, 2013.

**THE MEGWA LAW OFFICE**

By: s/ Sabinus A. Megwa, with Permission
Sabinus A. Megwa
6811 South Central Ave.
Phoenix, Arizona 85042
Attorney for Plaintiff Elvira Fernandez and the Estate of Daniel Frank Rodriguez

**STINSON MORRISON HECKER LLP**

By: s/ Larry J. Wulkan
Michael C. Manning
Larry J. Wulkan
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for Plaintiff Frank Rodriquez and the Estate of Daniel Frank Rodriguez

**COPPERSMITH SCHERMER & BROCKELMAN, PLC**

By: s/ James J. Belanger
James J. Belanger
John C. Kelly
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for Defendant Richard A. Chrisman

DB04/0808489.0002/8350324.1DD02

# CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2013, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

> Kathleen Wieneke
> Christina Retts
> STRUCK WIENEKE & LOVE, P.L.C.
> 3100 West Ray Road, Suite 300
> Chandler, Arizona 85226
> Attorneys for Defendant City of Phoenix
> Attorneys for Defendants Sergio and Maria Virgillo
>
> James J. Belanger
> COPPERSMITH SCHERMER & BROCKELMAN PLC
> 2800 N. Central Avenue, Suite 1200
> Phoenix, Arizona 85004
> Attorney for Defendant Richard Chrisman

                                                                        s/ Kathleen Kaupke