# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Elvira Fernandez, et al, <br><br>              Plaintiffs, <br>v. <br><br>City of Phoenix, et al., <br><br>              Defendants. | No. CV 11-02001-PHX-FJM <br><br>**STIPULATED FINAL JUDGMENT** <br>**(FILED UNDER SEAL)** |

Solely pursuant to the Stipulation of the Parties (doc. 119),

**IT IS HEREBY ORDERED** that judgment is entered in favor of the Estate of Daniel Frank Rodriguez ("Estate"), and against Defendant Richard Chrisman, for compensatory damages, costs and attorneys' fees on the Estate's federal civil rights claims alleged in this action, in the total amount of $3,300,000.00.

**IT IS FURTHER ORDERED** that judgment is entered in favor of Elvira Fernandez ("Fernandez") and Frank Rodriquez ("Rodriquez"), and against Defendant Richard Chrisman, with respect to Fernandez's and Rodriquez's individual claims in this action. Fernandez is hereby awarded compensatory damages on her individual claims in the amount of $3,200,000.00. Rodriquez is hereby awarded compensatory damages on his individual claims in the amount of $2,000,000.00.

**IT IS FURTHER ORDERED** that this judgment shall be filed by the Clerk of Court under seal in order to minimize the potential risk to Defendant Richard Chrisman's right to a fair trial or his right to seat an impartial jury in the criminal proceedings currently pending against him before the Superior Court of the State of Arizona, Maricopa County, in *State v.*

*Chrisman*, CR2010-153913-001.  The parties shall give this Court prompt notice of the conclusion of the State criminal proceeding so that this judgment can be unsealed. Notwithstanding the order that this judgment be filed under seal, this judgment is the final judgment, rendering final as well the order of June 20, 2012 dismissing the City of Phoenix (doc. 71).  Because this is a stipulated judgment, we express no opinion on its reasonableness.

Dated this 3rd day of April, 2013.

_____
Frederick J. Martone
Senior United States District Judge

(cc: Plaintiffs Counsel, Defendants Counsel)