**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elvira Fernandez et al, ) | No. CV-11-02001-PHX-FJM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| City of Phoenix, et al, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The court has before it the parties' "Notice Pertaining to Sealed Judgment and Resolution of Criminal Case" (doc. 131), advising us that Chrisman's state criminal case has been concluded and, therefore, the final judgment in this case can be unsealed. Accordingly, it is ORDERED the clerk will UNSEAL the stipulated final judgment filed on April 4, 2013 (doc. 123).

DATED this 16th day of May, 2014.

*Frederick J. Martone*
Frederick J. Martone
Senior United States District Judge